# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 06-mj-01042 |
| ROBERT MARION | pro-se |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 1382 | Trespass | 12/2/06 | 1 |

Defendant to complete a habitual offender class, and remain on unsupervised probation for a period of six months.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** | None | None |

3/10/06
Date of Imposition of Judgment

S/Boyd N. Boland
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

4/6/06
Date